# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2008

135318

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DAVID DENNARD MCKINNEY,
　　　　Defendant-Appellant.

SC: 135318
COA: 269823
Wayne CC: 05-000357-01

_____/

　　　　On order of the Court, the application for leave to appeal the September 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　KELLY, J., would reverse and remand this case for a new trial.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

Clerk

s0618